THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent, *v.* BANKERS TRUST COMPANY, Appellant, Impleaded with Another.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Plaintiff, *v.* BANKERS TRUST COMPANY, Respondent, and MIDWOOD TRUST COMPANY, Appellant.

(Argued January 23, 1933; decided February 28, 1933.)

*William J. McArthur* for Bankers Trust Company, appellant in the first above-entitled action, and respondent in the second above-entitled action.

*Gerald F. Hoyt* for Midwood Trust Company, appellant in second above-entitled action.

*Thomas F. Frawley* for the Fidelity and Casualty Company of New York, respondent in the first above-entitled action.

Judgment in each action affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.